## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE

### CASE NO: 3:25-cv-00309-CEA-JEM

**JAN VILLANUEVA,**
individually and on behalf of all
others similarly situated,                                        **CLASS ACTION**

      Plaintiff,                                             **JURY TRIAL DEMANDED**

v.

**US STAR TRUCKING LLC,**
**and SHUKRULLO SATTOROV a/k/a**
**SHUKRULLO SATTOROVA**

Defendant.
_____/

### JOINT NOTICE OF SETTLEMENT

      Plaintiff Jan Villanueva and Defendants US STAR TRUCKING LLC and SHUKRULLO

SATTOROV a/k/a SHUKRULLO SATTOROVA hereby give notice that the Parties have

reached a settlement with respect to Plaintiff's individual claim.

      The Parties anticipate filing a dismissal with prejudice as to Plaintiff's individual claim

within Thirty (30) days and without prejudice as to any claims of the proposed class.

 Respectfully submitted,


**EISENBAND LAW P.A.**                          */s/ E. Michael Brezina, III*
                                                *E. Michael Brezina, III*
*/s/ Michael Eisenband*                         *Reynolds, Atkins, Brezina & Stewart, PLLC*
Michael Eisenband, Esq.                         *606 W. Main Street*
515 E. Las Olas Blvd., Suite 1400               *Suite 225 Knoxville, TN 37902*
Fort Lauderdale, FL 33301                       *(865) 500-3121 (phone/fax/text)*
Telephone: (954) 732-2792                       ***www.brezinalaw.com***
MEisenband@Eisenbandlaw.com
Pro Hac Vice                                    *Attorneys for Defendants*
Attorney for Plaintiff